450 A.2d 183

Commonwealth v. Frazier, Appellant.

Submitted November 16, 1981. Mark E. Kogan, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Stanley L. Kubacki is affirmed.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania is sitting by designation.